**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DEBORAH A. ORTMEIER, an Individual;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FIRST NATIONAL BANK OF OMAHA, A Nationally Chartered Bank;**<br><br>**Defendant.** | **8:21CV92**<br><br>**SECOND AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Amend Progression Order Dates (Filing No. 44). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Progression Order Dates (Filing No. 44) is granted, and the amended case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **November 29, 2022**.

2) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **November 29, 2022**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 13, 2022**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **December 27, 2022**.

4) The deadline for filing motions to dismiss and motions for summary judgment is **December 27, 2022**.

5) The parties shall contact chambers of the undersigned magistrate judge to schedule a second settlement conference session, if desired and within 7-days after the Court rules on any dispositive motions to schedule a planning conference to discuss the trial and pretrial conference settings, if necessary.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 21st day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge