# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBORAH A. ORTMEIER, an Individual;**<br><br>Plaintiff,<br><br>vs.<br><br>**FIRST NATIONAL BANK OF OMAHA, A Nationally Chartered Bank;**<br><br>**Defendant.** | **8:21CV92**<br><br>**ORDER** |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on October 13, 2023.  Accordingly,

**IT IS ORDERED:**

1. On or before **November 14, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 13th day of October, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge