IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBORAH A. ORTMEIER, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST NATIONAL BANK OF OMAHA, a Nationally Chartered Bank, <br><br> Defendant. | **8:21CV92** <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation to Dismiss (Filing No. 75). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and without fees and costs.

Dated this 15th day of November, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
